### REHREY v. CITY OF NEWBURGH.

(Supreme Court, General Term, Second Department. May 14, 1894.)

MUNICIPAL CORPORATIONS—DEFECTIVE STREETS—PLAN OF CONSTRUCTION.

The plan of construction of a sidewalk, whereby water flows over and freezes on it, is not a nuisance for which the city is liable to one who falls thereon, where no other negligence than the plan of construction is charged against the city. Urquhart v. City of Ogdensburg, 91 N. Y. 67, followed.

Appeal from circuit court, Orange county.

Action by George Rehrey against the city of Newburgh for injuries caused by falling on an icy sidewalk at a point where the gutter overflowed. There was a judgment in favor of defendant, and plaintiff appeals. Affirmed.

Argued before DYKMAN and PRATT, JJ.

William D. Dickey, for appellant.

C. L. Waring, for respondent.

PRATT, J. It is perfectly clear that this case cannot be reversed upon the ground that there was any question of negligence that ought to have been submitted to the jury. Indeed, the appellant does not claim that any negligence on the part of the city was proved, but he claims that the construction of the sidewalk as constructed constituted a nuisance for which the defendant was liable. This contention has never had any foundation in reason or law. Such a claim would impose upon every city that constructed a sidewalk to make it level from one end to the other. But it is unnecessary to state any reason for the affirmance of the judgment herein further than to say that it falls under the principle decided in the case of Urquhart v. City of Ogdensburg, 91 N. Y. 67. Judgment affirmed, with costs.